UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH-PMF<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

*K.A. by and through her Next Friend, Laura Arney v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 3:12-cv-10070-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 15, 2013 (Doc. 10) and the Order filed on January 17, 2013 (Doc. 11), the above captioned case is **DISMISSED** with prejudice as to all parties. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:      /s/*Sara Jennings*
         **Deputy Clerk**

Dated: January 17, 2013

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT

Digitally signed by
David R. Herndon
Date: 2013.01.17
11:56:01 -06'00'